# FIRST DISTRICT.

Joseph Schlitz Brewing Company, appellant, v. Chicago Railways Company et al., appellees. Gen. No. 27,662.

Action against third party under section 29 of the Workmen's Com-

pensation Act. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed June 9, 1922.

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Charles LeRoy Brown, for appellees; John R. Guilliams and Frank L. Kriete, of counsel.

Per curiam.